No. 388. WEBB C. HAYES *v.* HOCKING VALLEY RAILWAY COMPANY. Error to the Supreme Court of the State of Ohio. Motion to dismiss submitted April 21, 1919. Decided April 28, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Empire State-Idaho Mining*

*Co.* v. *Hanley,* 205 U. S. 225, 232; *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *Brolan* v. *United States,* 236 U. S. 216, 218. *Mr. Charles A. Seiders* for plaintiff in error. *Mr. Clarence Brown, Mr. John F. Wilson* and *Mr. Lloyd T. Williams* for defendant in error.